NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

KA 04-611

STATE OF LOUISIANA

VERSUS

BOBBY RAY WOODARD

**********

APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT
PARISH OF RAPIDES, NO. 267306
HONORABLE GEORGE CLARENCE METOYER, JR., DISTRICT JUDGE

**********

BILLY HOWARD EZELL
JUDGE

**********

Court composed of Jimmie C. Peters, Glenn B. Gremillion, and Billy Howard Ezell, Judges.

**GUILTY PLEA AND SENTENCE AFFIRMED; MOTION TO WITHDRAW GRANTED.**

James C. Downs
District Attorney - Ninth Judicial District Court
701 Murray Street
Alexandria, LA 71301
(318) 473-6650
Counsel for: Appellee
State of Louisiana

**Michael W. Shannon**
**Attorney at Law**
**P.O. Box 1792**
**Alexandria, LA 71309**
**Counsel for: Appellee**
**State of Louisiana**

**Edward Kelly Bauman**
**La Appellate Project**
**P. O. Box 1641**
**Lake Charles, LA 70602-1641**
**(337) 491-0570**
**Counsel for: Defendant/Appellant**
**Bobby Ray Woodard**

**Bobby Ray Woodard**
**Rapides Parish Detention Center**
**7400 Academy Drive**
**Alexandria, LA 71303**